

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Sherilyn Rose Angulo, Appellant

No. 06-20-00016-CR        v.

The State of Texas, Appellee

Appeal from the 7th District Court of Smith County, Texas (Tr. Ct. No. 007-1547-18). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appellant's appeal should be dismissed as moot. Therefore, we dismiss the appeal as moot.

We note that the appellant, Sherilyn Rose Angulo, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 16, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk